

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2023

**BY ECF AND EMAIL**
The Honorable Alvin K Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

The conference scheduled for July 26, 2023 is adjourned to September 19, 2023 at 12:00 p.m., in Courtroom 14D.

SO ORDERED.

/s/ Alvin Hellerstein
July 25, 2023

Re:   *United States v. Manuel Pimenteo*, 13 Cr. 58 (AKH)

Dear Judge Hellerstein:

The Government writes on behalf of the parties to jointly request that the conference scheduled for Wednesday, July 26, 2023 at 10:00 a.m. be adjourned to August 10, 2023 or a date thereafter. The requested adjournment is warranted for at least three reasons. First, the Government made its first discovery production on July 20, 2023, following the Court's entering the productive order in this matter on July 18, 2023. ECF No. 815. The Government anticipates making another production in this matter in the coming days. The requested adjournment would allow the defense additional time to review discovery that has already been produced and discovery that will be produced. Second, the Government understands that defense counsel will be traveling from July 27, 2023 through August 9, 2023. Third, the undersigned is scheduled to appear before Judge Berman in another matter on July 26, 2023 at 10:30 a.m. This is the parties' first request for an adjournment. Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *[signature]*
Brandon Christopher Thompson
Assistant United States Attorney
(212) 637-2444

cc:   Justine A. Harris, Esq., Neesha Chhina, Esq. (by ECF)