

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2023

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Manuel Pimenteo*, 13 Cr. 58 (AKH)

Dear Judge Hellerstein:

The Government respectfully submits this letter, with the consent of the United States Probation Office ("Probation"), to request that the Court order Probation to produce records it maintains regarding Manuel Pimenteo's supervision. The Court has scheduled a revocation hearing for November 13, 2023. At that hearing, the Government intends to prove the Specifications set forth in Probation's September 18, 2023, Amended Violation Report. To that end, the Government anticipates calling a Probation Officer to testify. Accordingly, the Government requests that the Court order Probation to produce records including, but not limited to, the following:

- All internal chronologies covering the period of Probation's supervision of the defendant, *i.e.*, from April 24, 2022, to the present.

- Internal notes and any other records detailing the defendant's failure to follow Probation's instructions on or about March 28, April 6, and April 13, 2023, as articulated in **Specification 3**.

- Internal notes, employment documents, and any other records detailing the defendant's failure truthfully to answer Probation's questions regarding his employment status on or about November 10, 2022, as articulated in **Specification 4**.

- Toxicology reports, documents memorializing the chain of custody, and any other records detailing the defendant's positive urine sample on or about June 9, 2023, as articulated in **Specification 5**.

- Toxicology reports, documents memorializing the chain of custody, and any other records detailing the defendant's positive urine samples on or about June 9, July 17, and August 14, 2023, as articulated in **Specification 6**.

Page 2

- Internal notes, intake forms, corporate documents, and any other records detailing the defendant's intake assessment at TRI Center on or about July 17, the Center's letter of concern on or about August 17, and the defendant's discharge on or about September 13, 2023, as articulated in **Specification 7**.

The Government respectfully requests that the Court enter an order directing Probation to produce records including, but not limited to, those articulated above in advance of the November 13 revocation hearing in this matter.[1]

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

Cc:   Justine Harris (by email)
      Probation (by email)

SO ORDERED. 10/4/23

Alvin K. Hellerstein, U.S.D.J.
September ___, 2023

---

[1] Once in possession of the files, the Government will disclose them to the defense pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).