

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 31, 2023

SO ORDERED.

Dated: November 2, 2023   /s/ Alvin K. Hellerstein
New York, New York        Alvin K. Hellerstein
                          United States District Judge

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   *United States v. Manuel Pimenteo*, 13 Cr. 58 (AKH)

Dear Judge Hellerstein:

      The Government respectfully submits this letter, with the consent of the United States Probation Department ("Probation"), to request that the Court order Probation to produce records it maintains regarding Manuel Pimenteo's supervision in advance of the revocation hearing scheduled for November 13, 2023. Previously, on September 29, 2023, the Government filed a letter-motion requesting relevant Probation materials (ECF 823), which the Court so-ordered on October 4, 2023 (ECF 826). Following the Court's order, on October 30, 2023, Probation filed a Second Amended Violation Report, which amends the violation specifications to add an eighth specification. The Government files this letter-motion to obtain the additional materials within Probation's possession that are relevant to its October 30, 2023 Amended Violation Report. Accordingly, the Government requests that the Court order Probation to produce records including, but not limited to, the following:

- All internal chronologies covering the period of Probation's supervision of the defendant, *i.e.*, including but not limited to the period from October 4, 2023, to the present.

- Toxicology reports, documents memorializing the chain of custody, and any other records detailing the defendant's positive urine samples on or about September 19 and October 3, 2023, as articulated in **Specifications 6 and 8**.

      The Government respectfully requests that the Court enter an order directing Probation to produce records including, but not limited to, those articulated above in advance of the November 13 revocation hearing in this matter.[1]

---

[1] Once in possession of the files, the Government will disclose them to the defense pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

Cc:  Justine A. Harris, Esq. (by ECF)
     Neesha Chhina, Esq. (by ECF)
     Probation (by email)

SO ORDERED.

_____
Alvin K. Hellerstein, U.S.D.J.
November \_\_, 2023