UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Manuel Pimenteo,

                Defendant.

---

No. 13CR58-06 (AKH)

**ORDER**

Honorable Alvin K. Hellerstein, Senior U.S. District Judge:

    IT IS HEREBY ORDERED THAT, on November 7, 2024 at 9:00am, the United States Marshals Service shall release **Manuel Pimenteo, REG #67882-054,** from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the United States Probation Officer, who will turn him over to a representative of Cornerstone for transport to a residential drug treatment facility.

**SO ORDERED.**

Dated:    November 6, 2024
             New York, New York

                                                      Honorable Alvin K. Hellerstein
                                                      Senior U.S. District Judge