UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| -against- | : | |
| | : | 13 Cr. 58(AKH) |
| Manuel Pimenteo aka Manuel Pimentel | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Manuel Pimenteo, having admitted guilt to violations #1-9 and sentenced to time served , on indictment 13 Cr.58(AKH), shall be released from the custody of the United States Marshals. Supervise Release shall be terminated.

SO ORDERED.

Dated:     June 23, 2026
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge